IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 0 8 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:24 CR 00090 |
| TIFFANY L. BOYD, ) | Title 18, United States Code, Section 641 |
| Defendant. ) | |

**JUDGE ADAMS**

<u>COUNT 1</u>
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around May 2004 to in or around April 2019, in the Northern District of Ohio, Eastern Division, Defendant TIFFANY L. BOYD, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Supplemental Security Income benefits, in the amount of approximately $106,978.67, in violation of Title 18, United States Code, Section 641.

REBECCA C. LUTZKO
United States Attorney

By: _____
KELLY L. GALVIN
Chief, General Crimes Unit